**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————————

**No. 09-7247**

—————————————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

TAKI MICARIO WASHINGTON, a/k/a Joey Williams,

              Defendant - Appellant.

—————————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (1:00-cr-00318-GBL-1)

—————————————

Submitted:  September 10, 2009      Decided:  September 16, 2009

—————————————

Before KING, DUNCAN, and AGEE, Circuit Judges.

—————————————

Affirmed by unpublished per curiam opinion.

—————————————

Taki Micario Washington, Appellant Pro Se. Colin Christopher Sampson, Special Assistant United States Attorney, Alexandria, Virginia, for Appellee.

—————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Taki Micario Washington appeals the district court's order denying his motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Washington, No. 1:00-cr-00318-GBL-1 (E.D. Va. filed June 17, 2009; entered June 18, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2